UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY JAMES BIRGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:12-CV-1777-G (BH) |
| CAROLYN W. COLVIN, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.  Accordingly,  Plaintiff's motion for summary judgment, filed September 19, 2012 (docket entry 9), is hereby **GRANTED** in part; defendant's motion for summary judgment, filed October 19,

2012 (docket entry 10), is hereby **DENIED**; and the case is **REMANDED** to the **Commissioner** for further proceedings.

September 30, 2013.

                                                 A. JOE FISH
                                                 **Senior United States District Judge**