UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY JAMES BIRGE,            )<br>                                                      )<br>         Plaintiff,                            )<br>                                                      )<br>VS.                                               )<br>                                                      )<br>CAROLYN W. COLVIN,              )<br>COMMISSIONER OF THE SOCIAL )<br>SECURITY ADMINISTRATION,   )<br>                                                      )<br>         Defendant.                         ) | CIVIL ACTION NO.<br><br>3:12-CV-1777-G (BH) |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the findings, conclusions, and recommendation of the of the United States Magistrate Judge, I am of the opinion that the findings, conclusions, and recommendation of the magistrate judge are correct and are adopted as the findings and conclusions of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. Accordingly, plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act, filed April 19, 2013

(docket entry 15), is **GRANTED** in part.  Plaintiff is hereby awarded $4,474.83 in attorney's fees, based on 25.10 hours of attorney work at an hourly rate of $178.28, and reimbursable costs in the amount of $350 from the Judgment Fund.  The award of attorney's fees in this case should be made payable directly to plaintiff and mailed to plaintiff's counsel.  If plaintiff is successful at the administrative level and an application for attorney's fees before this court is made under § 406(b), counsel for plaintiff is **GRANTED** an extension of **thirty (30) days** from receipt of the Notice of Award within which to submit the fee application.

January 10, 2014.

/s/ A. Joe Fish
**A. JOE FISH**
**Senior United States District Judge**